SWEET v. ELLIS.

(Supreme Court, Appellate Division, First Department. December 5, 1913.)

ATTORNEY AND CLIENT (§ 75*)—SUBSTITUTION—SURRENDER OF PAPERS—STENOGRAPHER'S MINUTES.

Where, after a first trial had resulted in a disagreement, an order substituting attorneys for plaintiff was entered, and the former attorneys were required to deliver all the papers in the case to their successors, such order did not cover a copy of the stenographer's minutes of the first trial

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

for which the attorneys had paid with their own money; the new attorneys being able to obtain a copy from the stenographer if desired on paying the proper fees.

[Ed. Note.—For other cases, see Attorney and Client, Cent. Dig. §§ 110–119; Dec. Dig. § 75.*]

Appeal from Special Term, New York County.

Action by Leprelette K. Sweet against William H. Ellis. From an order requiring an attorney to deliver certain papers, he appeals. Reversed.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, DOWLING, and HOTCHKISS, JJ.

McDowell & Kennedy, of New York City, for appellant.
Sparks & Fuller, of Brooklyn, for respondent.

PER CURIAM. An order of substitution was made herein preserving the former attorneys' lien upon the proceeds of any judgment or settlement hereafter obtained. They have delivered to the substituted attorneys all of the papers in the case. This order requires them to deliver a copy of the stenographer's minutes of the first trial which resulted in a disagreement. These minutes were paid for by said former attorneys with their own money. They declined to give them up unless the disbursement therefor was paid. These minutes are not, properly speaking, papers in the case, nor are they needed for the purpose of preparing a case upon appeal. They are the copy of minutes taken by the stenographer in an abortive trial, and, if the new attorneys think that the minutes of that trial may help them upon any new trial, they can readily obtain the same from the stenographer upon paying the fees therefor.

The order appealed from should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs.